MORGAN, LEWIS & BOCKIUS LLP
CARRIE A. GONELL (SBN 257163)
cgonell@morganlewis.com
CHRISTOPHER M. ROBERTSON (SBN 139449)
crobertson@morganlewis.com
JOHN D. HAYASHI (SBN 211077)
jhayashi@morganlewis.com
ALEXANDER L GRODAN (SBN 261374)
agrodan@morganlewis.com
NEAL A. FISHER JR. (SBN 265596)
neal.fisher@morganlewis.com

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO MIGUEL, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A., an Ohio business entity of unknown form and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 12-CV-03308-PSG-PLAx<br><br>Hon. Philip S. Gutierrez<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION**<br><br>Date:   Jan. 28, 2013<br>Time:   1:30 p.m.<br>Courtroom:   880<br><br>[UNDER SUBMISSION] |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE
DB2/ 23860593.3

1

NOTICE OF SUPPLEMENTAL AUTHORITY ISO
MOTION TO COMPEL ARBITRATION
12-CV-03308-PSG-PLAX

Defendant JPMorgan Chase Bank, N.A. submits the following supplemental case authority in support of its Motion to Compel Arbitration (Dkt. No. 24) ("Motion"), which is currently under submission before the Court (Dkt. No. 28):

***Noel Canning v. NLRB*, No. 12-1115, D.C. Cir. Jan. 25, 2013.** The U.S. Court of Appeals for the D.C. Circuit unanimously ruled that all intra-session recess appointments by the President are unconstitutional. Slip op. 30. The majority additionally ruled that inter-session recess appointments can only take place for vacancies that "happen" (i.e., originate) during that same recess. *Id.* at 30-32, 43-44. Because the unconstitutional appointments deprived the Board of the statutorily mandated quorum, the Court concluded that "its decision must be vacated." *Id.* at 30, 43 (citing 29 U.S.C. § 153(b) and *New Process Steel, L.P. v. NLRB*, 130 S. Ct. 2635, 2644–45 (2010)).

*Noel Canning* further supports the numerous reasons raised in Chase's Motion that the NLRB's *D.R. Horton* decision provides no basis to deny enforcement of Chase's Binding Arbitration Agreement. *See* Motion at 12-21; Reply at 8-10. In particular, *Noel Canning* confirms that the NLRB lacked a quorum when it issued its *D.R. Horton* decision. *See* Motion at 13-14; Reply at 9-10. One of the two Board Members participating in the *D.R. Horton* decision was Member Craig Becker, a recess appointee. Under *Noel Canning*, however, Becker's recess appointment on March 27, 2010 was unconstitutional both because (1) it occurred intra-session (during the second session of the 111th Congress, *see* Congressional Directory for the 112th Congress, available at http://www.gpo.gov/fdsys/pkg/CDIR-2011-12-01/pdf/CDIR-2011-12-01.pdf (pages 536-538) (last visited January 28, 2013), and because (2) it purported to fill a vacancy on the Board that originated during a previous inter-session recess (on December 17, 2004, between the 108th and 109th Congresses, *see* http://www.nlrb.gov/members-nlrb-1935 (last visited January 28, 2013). Thus, Becker's participation in *D.R. Horton* was unlawful, meaning that at most only two

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

DB2/ 23860593.3

2

NOTICE OF SUPPLEMENTAL AUTHORITY ISO MOTION TO COMPEL ARBITRATION
12-CV-03308-PSG-PLAX

Board members participated in deciding *D.R. Horton*. It is well settled that Board decisions require the participation of at least three lawful Board members. *New Process Steel*, 130 S. Ct. at 2644-45.

      A true and correct copy of the above authority is attached hereto as Exhibit 1.

Dated: January 31, 2013              MORGAN, LEWIS & BOCKIUS LLP

By   /S/ Carrie A. Gonell
      Carrie A. Gonell

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

DB2/ 23860593.3

3

NOTICE OF SUPPLEMENTAL AUTHORITY ISO
MOTION TO COMPEL ARBITRATION
12-CV-03308-PSG-PLAX